**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7992**

LANCELOT WARD,

            Petitioner - Appellant,

      v.

PATRICIA R. STANSBERRY, Warden,

            Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (1:08-cv-00294-JCC-TCB)

Submitted: November 20, 2008      Decided: December 2, 2008

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lancelot Ward, Appellant Pro Se. Dennis Carl Barghaan, Jr., Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lancelot Ward, a federal prisoner, appeals the district court's order dismissing his petition filed under 28 U.S.C. § 2241 (2000), for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ward v. Stansberry, No. 1:08-cv-00294-JCC-TCB (E.D. Va. filed July 8, 2008; entered July 9, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED